| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS** | |
| Case number (if known): _____    Chapter __7__ | ☐ Check if this is an amended filing |

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**   Good Ol Boys Equipment Services, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**   8 4 – 2 4 7 6 0 1 0

4. **Debtor's address**

   **Principal place of business**

   305 CR 734
   Number   Street

   Buna          TX    77612
   City          State  ZIP Code

   Jasper
   County

   **Mailing address, if different from principal place of business**

   Number   Street

   P.O. Box

   City          State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number   Street

   City          State  ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 1

Debtor **Good Ol Boys Equipment Services, LLC** _____ Case number (if known) _____

**7. Describe debtor's business**

*A. Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

*B. Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply:*
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor **Good Ol Boys Equipment Services, LLC** _____ Case number (if known) _____

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY
District _____ When _____ Case number _____
MM / DD / YYYY
District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor _____ Relationship _____
District _____ When _____
MM / DD / YYYY
Case number, if known _____

Debtor _____ Relationship _____
District _____ When _____
MM / DD / YYYY
Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor **Good Ol Boys Equipment Services, LLC**    Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**
_____
Number   Street

_____

_____    _____    _____
City             State   ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name    _____
         Phone           _____

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49                ☐ 1,000-5,000         ☐ 25,001-50,000
☐ 50-99               ☐ 5,001-10,000        ☐ 50,001-100,000
☐ 100-199             ☐ 10,001-25,000       ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☑ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☑ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

Debtor **Good Ol Boys Equipment Services, LLC**     Case number (if known) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/24/2022**
MM / DD / YYYY

X **/s/ John Harrison**
Signature of authorized representative of debtor

**John Harrison**
Printed name

**President**
Title

**18. Signature of attorney**

X **/s/ Frank J. Maida**     Date **01/24/2022**
Signature of attorney for debtor     MM / DD / YYYY

**Frank J. Maida**
Printed name

**Maida Clark Law Firm, P.C.**
Firm name

**4320 Calder Ave**
Number     Street

**Beaumont**     **TX**     **77706**
City     State     ZIP Code

**(409) 898-8200**     **fjmaida@aol.com**
Contact phone     Email address

**12845600**     **TX**
Bar number     State

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

IN RE:    **Good Ol Boys Equipment Services, LLC**                                        CASE NO

                                                                                                                        CHAPTER    **7**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  1/24/2022                                        Signature  /s/ John Harrison
                                                                          *John Harrison*
                                                                          *President*


Date  _____                     Signature  _____

Case 22-10032 Doc 1 Filed 01/24/22 Entered 01/24/22 11:15:13 Desc Main
Document Page 7 of 7
Debtor(s): Good Ol Boys Equipment Services, LLC
Case No.
Chapter: 7
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

Attorney General
Taxation Division - Bankruptcy
Box 12548 - Capitol Station
Austin, TX 78711

Jasper County TAC
PO Drawer 1970
Jasper, Texas 75951

Bottom Line Equipment
10260 Airline Hwy.
St. Rose, LA 70087

Jasper I.S.D.
128 Park St.
Jasper, TX 75951

CIT Group, Inc.
155 Commerce Way
Portsmount, NH 03801

John Deere Financial
6400 NW 86th
PO Box 6600
Johnston, IA 50131-6600

Dogget
10110 Daradele Ave.
Baton Rouge, LA 70516

John Harrison
305 CR 734
Buna, TX 77612

Equipment Share
5710 Bullrun Drive
Columbia, MO 65201

Power Plan
PO Box 650215
Dallas, Texas 75265-0215

Financial Pacific
3455 South 344th Way, Ste. 300
Federal Way, WA 98001

Richard J. Wallace, III
500 Akard St., Ste. 2700
Dallas, TX 75201

First Financial Bank
11853 TX-12
Orange, TX 77632

State Comptroller of Texas
c/o Office of the Attorney General
P. O. Box 12548
Austin, TX 78711-2548

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Texas Workforce Commission
TWC Building - Tax Dept.
Austin, TX 78778

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

U. S. Trustee's Office
300 Plaza Tower
110 N. College Avenue
Tyler, Texas 75702
Attn: Timothy W. O'Neal

Jasper C.A.D.
P.O. Box 1300
Jasper, Texas 75951

United States Attorney
Eastern District of Texas
550 Fannin, Suite 1250
Beaumont, Texas 77701